JAMES KELLY, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 24332.)

Argued March 7, 1938; decided April 12, 1938.

*Joseph B. Kenny, Harry B. Chambers* and *Harry H. Chambers* for appellant.

*John J. Bennett, Jr., Attorney-General (Harold Greenstein, Leon M. Layden* and *James H. Glavin, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.